# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-1114
_____

Denise K. Chapman, Administratrix of the Estate of Nathaniel Allen Chapman,
deceased; Jonathan Chapman

*Appellants*

v.

Ford Motor Company

*Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Harrison

_____

Submitted: October 17, 2012
Filed: October 23, 2012
[Unpublished]

_____

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

_____

PER CURIAM.

Denise and Jonathan Chapman appeal following the district court's[1] adverse rulings in their suit against Ford Motor Company. The action, removed from state court based on diversity jurisdiction, purported to seek relief pursuant to Arkansas Rules of Civil Procedure 60(c) and (k) based on assertions that Ford Motor Company presented fraudulent evidence in an earlier case. The district court granted Ford Motor Company's motion for summary judgment, and denied the Chapmans' subsequent motions to alter or amend judgment, and for reconsideration. Following careful review, we find no error or abuse of discretion. See Ark. R. Civ. P. 60(c),(k); Stein v. Chase Home Fin., LLC, 662 F.3d 976, 979 (8th Cir. 2011) (de novo review of grant of summary judgment); Sanders v. Clemco Indus., 862 F.2d 161, 168-69 (8th Cir.1988) (standard of review for post-judgment rulings).

Accordingly, we affirm. See 8th Cir. R. 47B. We deny the parties' pending motions.

_____

[1]The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.